*Daniel Williams* v. *Paschal N. Smith, President of the Columbian Insurance Company.*

THE plaintiff in this cause, had recovered for a *pro rata* freight.   Thinking himself entitled to a verdict for the whole, he, in *May* term last, moved for a new trial, which the court refused, but said nothing as to the costs of application.   The questions now were, whether the defendant should be allowed them; and whether, in taxing the general costs, interest should be allowed beyond the day on which the verdict was given?

*Per Curiam.*   The costs of resisting the motion, go to the defendant of course.   As to the interest, the plaintiff has himself been the means of delaying payment.   The calculation, therefore, must be carried no further down than to the day on which the verdict was rendered.

N. B.   In another cause, between the same parties, the court said, that the granting new trials, was always on payment of costs, unless otherwise expressed, or when for the misdirection of a judge; in which latter case they abided the event of the suit.